NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE COLLEN IP INTELLECTUAL PROPERTY LAW, P.C.

---

2012-1114, -1115
(Serial Nos. 77/513,717, 77/513,748)

---

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

Collen IP Intellectual Property Law, P.C. moves without opposition to consolidate these two cases for briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 2 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey A. Lindenbaum, Esq.
    Raymond T. Chen, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK